UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC<br><br>     Plaintiff,<br><br>  v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P.<br><br>     Defendant. | Case No. 2:15-cv-01643-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Defendant Sprint Communications Company, L.P. files this Notice of Appearance of Counsel, and hereby notifies the Court and all parties of record that Jason W. Cook, of the law firm McGuireWoods LLP, located at 2000 McKinney Avenue, Suite 1400, Dallas, TX 75201, is appearing as counsel for Sprint Communications Company, L.P. in the above-referenced matter.  All pleadings, discovery, correspondence, and other material should be served upon counsel at the below-referenced address.

Dated:  October 28, 2015

Respectfully submitted,

McGuireWoods LLP


By:  */s/ Jason W. Cook*

    Jason W. Cook
    Lead Counsel
    Texas State Bar No. 24028537
    jcook@mcguirewoods.com
    **McGuireWoods LLP**
    2000 McKinney Avenue
    Suite 1400
    Dallas, TX 75201
    Telephone: 214.932.6418
    Facsimile: 214.273.7483

ATTORNEY FOR SPRINT COMMUNICATIONS COMPANY, L.P.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service under Local Rule CV-5(a) on the 28th day of October, 2015.

>*/s/ Jason W. Cook*
>Jason W. Cook