IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01643-JRG-RSP |
| vs. | § § | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P. | § § § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION TO DISMISS DEFENDANT
SPRINT COMMUNCATIONS COMPANY, L.P. WITHOUT PREJUDICE**

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") files this Unopposed Motion to Dismiss Defendant Sprint Communications Company, L.P. Without Prejudice.

    Wherefore, Rothschild moves this Court to dismiss this action and all claims by Rothschild against Sprint Communications Company, L.P., without prejudice, with each party to bear its own costs, attorney's fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: December 18, 2015        Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on December 18, 2015, counsel for Plaintiff met and conferred with counsel for Defendant and that counsel for Defendant agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 18, 2015.

*/s/ Jay Johnson*
Jay Johnson