IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01643-JRG-RSP |
| vs. | § § | LEAD CASE |
| SPRINT COMMUNICATIONS COMPANY, L.P. | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL OF DEFENDANT
## SPRINT COMMUNICATIONS COMPANY, L.P. WITHOUT PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Sprint Communications Company, L.P. Without Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Sprint Communications Company, L.P. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against Sprint Communications Company, L.P. are hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 21st day of December, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE